Thomas GATONE

v.

John J. MORAN.

No. 80–214–M.P.

Supreme Court of Rhode Island.

May 22, 1980.

Dale G. Anderson, Asst. Public Defender, for petitioner.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Special Asst. Atty. Gen., for respondent.

ORDER

Action on the petition for writ of habeas corpus is hereby deferred. The District Court is directed to hold a probable cause hearing in this case forthwith in accordance with the provisions of Rule 5(c) of the District Court Rules of Criminal Procedure and said proceedings shall be electronically or stenographically recorded.

Glenn F. GODDEN et al.

v.

TOWN OF CHARLESTOWN et al.

No. 80–19–Appeal.

Supreme Court of Rhode Island.

May 22, 1980.

Hogan & Hogan, Thomas S. Hogan, Donald J. Packer, Providence, for plaintiffs.

John P. Toscano, Jr., Town Sol., Charlestown, for defendants.

ORDER

The defendants' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied for noncompliance with Supreme Court Rule 28. An examination of the record in this case reveals that the requirements of Super.R.Civ.P. 54(b) have not been satisfied. That rule permits the entry of a final judgment as to one or more but fewer than all the parties, but only after an express determination by the trial justice that there is no just reason for delay and an express direction that judgment may enter. *Simmons v. State of Rhode Island*, R.I., 381 A.2d 1045 (1978). Accordingly, this case is remanded to the Superior Court for further proceedings which may include, within the court's sound judicial discretion, the entry of judgment accompanied by a Rule 54(b) certificate.